1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT
9                      FOR THE EASTERN DISTRICT OF CALIFORNIA
10  MICHAEL BLASING,
11           Plaintiff,                    No. CIV S-11-0749 EFB P
12       vs.
13  CHRISTOPHER SMITH, et al.,
14           Defendants.                   <u>ORDER</u>
15  _____/

16       Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in an action
17  brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302
18  pursuant to 28 U.S.C. § 636(b)(1).
19       Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28
20  U.S.C. § 1914(a).  Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of
21  (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance
22  in plaintiff's account for the six-month period immediately preceding the filing of the complaint.
23  28 U.S.C. § 1915(b)(1).  Thereafter, plaintiff must make monthly payments of 20 percent of the
24  preceding month's income credited to his trust account.  28 U.S.C. § 1915(b)(2).
25  ////
26  ////

                                              1

1  The agency having custody of plaintiff is required to forward to the Clerk of the Court
2  the initial partial filing fee, if funds exist, as well as payments from plaintiff's account each time
3  the amount in the account exceeds $10, until the filing fee is paid. *Id.*
4  The Clerk of the Court shall serve a copy of this order and a copy of plaintiff's in forma
5  pauperis application upon the Director of the California Department of Corrections and
6  Rehabilitation and deliver a copy of this order to the Clerk's financial division.
7  So ordered.
8  Dated: January 3, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2